**Robert J. Beles** (Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Todd William Growney*

United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>vs.<br><br>TODD WILLIAM GROWNEY,<br><br>*Defendant*. | No. 11-cr-00195-CRB-1<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: April 11, 2012<br>Time: 2:15 p.m.<br>Judge: Hon. Charles R. Breyer |

**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE**

It is hereby stipulated and agreed to between the United States of America through OWEN MARTIKAN, Assistant United States Attorney, and defendant, TODD WILLIAM GROWNEY, by and through his respective counsel, that the status conference in the above-captioned matter set for Wednesday, April 11, 2012 at 2:15 p.m. be vacated and continued to Wednesday, May 2, 2012, at 2:15 p.m.

The parties further stipulate that the time period from Wednesday, April 11, 2012, up to and including the new status conference date of Wednesday, May 2, 2012, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv).

Specifically, a newly retained defense expert needs time to review the discovery provided by

the United States Attorney's Office, as well as an opportunity to view the evidence at the I.C.E. laboratory and/or discuss computer forensics with Agent Sacramento in order to fully analyze the forensic discovery for all possible defense issues not analyzed by defense counsel's previous forensic expert. This expert analysis is crucial in this case because of the format, creation and location of the alleged evidence. We anticipate that our defense expert can complete his analysis by May 1, 2012.

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

Respectfully Submitted,

DATE: April 9, 2012   By:   /s/   RJB
ROBERT J. BELES
Counsel for William Todd Growney

DATE: April 9, 2012         /s/   OM
OWEN MARTIKAN
Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated:** April 10, 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE